**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| JAMES HUTCHINS, individually and on behalf of all others similarly situated, | DOCKET NO. 5:20-cv-00195-DAE |
| vs. | JURY TRIAL DEMANDED |
| SANCHEZ OIL & GAS CORPORATION | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

**NOTICE OF FILING NOTICE OF CONSENT**

Plaintiff hereby submits the attached notice of consent:

1.  Jacobs, Jeffrey

Respectfully submitted,


By: /s/ *Michael A. Josephson*
**Michael A. Josephson**
State Bar No. 24014780
**Andrew W. Dunlap**
State Bar No. 24078444
**William R. Liles**
State Bar No. 24083395
**Josephson Dunlap Law Firm**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
wliles@mybackwages.com

AND

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 11th day of March 2021.

/s/ *Michael A. Josephson*
Michael A. Josephson

**FAIR LABOR STANDARDS ACT EMPLOYMENT SERVICES CONSENT**

Print Name:    Jeffrey Jacobs

1.  I hereby consent to make a claim against _Sanchez Oil & Gas_ to pursue my claims of unpaid overtime during the time that I worked with the company.

2.  I designate the law firm and attorneys at JOSEPHSON DUNLAP, LLP and BRUCKNER BURCH PLLC as my attorneys to prosecute and make decisions concerning my wage claims, the manner and method of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

3.  I authorize the law firm and attorneys at JOSEPHSON DUNLAP, LLP and BRUCKNER BURCH PLLC to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against _Sanchez Oil & Gas_.

4.  I understand that, by filing this Consent Form, I will be bound by the Judgment of the Court or arbitrator on all issues in this case.

Signature: _Jeffrey Jacobs_
Jeffrey Jacobs (Sep 2, 2020 12:12 CDT)

Date Signed:    Sep 2, 2020

EXHIBIT 1