# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES HUTCHINS, individually and on behalf of all others similarly situated, | DOCKET NO. 5:20-cv-00195-XR |
| vs. | JURY TRIAL DEMANDED |
| SANCHEZ OIL & GAS CORPORATION | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## ORDER

Pursuant to the Parties' Rule 41(a)(1)(ii) Stipulation of Dismissal with Prejudice, this case is **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

It is so **ORDERED**.

**SIGNED** this 15th day of November, 2022.

.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE